People v Hill (2022 NY Slip Op 05482)

People v Hill

2022 NY Slip Op 05482

Decided on September 30, 2022

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on September 30, 2022

PRESENT: CENTRA, J.P., LINDLEY, NEMOYER, CURRAN, AND WINSLOW, JJ. (Filed Sept. 30, 2022.)

MOTION NO. (849/18) KA 16-01773.

[*1]THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT, 
v
QUENTIN HILL, ALSO KNOWN AS QUINTON HILL, DEFENDANT-APPELLANT.

MEMORANDUM AND ORDER
Motion for writ of error coram nobis denied.